UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GAVIN BARKER,
               Plaintiff,

v.

MERIDIAN SENIOR LIVING, LLC, THE
COUNTRY HOUSE IN WESTCHESTER AN
ADULT HOME LLC, JENNIFER
DEVENNEY, and HALINA MCCLEAN,
               Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 2224 (VB)

      The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 22, 2021. To be clear, any application to restore the action must be filed by October 22, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close the case.

Dated: September 22, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge